for injury to plaintiff's automobile through a collision with the automobile of defendant. The complaint alleged that on or about the 18th day of April, 1924, at about four-thirty o'clock in the afternoon, the plaintiff was driving his car in an easterly direction on the Buffalo and Batavia road known as Main street and after he had passed the intersection of said Main street with the Crittenden road in or near Newstead in Erie county, and while the defendant was driving his car in a westerly direction on said street that the defendant suddenly turned to the left across the center of the street onto the southerly side thereof and hit the plaintiff's car in the front and left side, and that defendant made the turn to the left without signaling and without warning. The defense was practically a general denial.

*Herbert C. Stratton* and *James S. Flanagan* for appellant. *Harold J. Adams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.

---

WALANTY JERZEWSKI et al., as Administrators of the Estate of STEPHEN JERZEWSKI, Deceased, Appellants, *v.* ERIE RAILROAD COMPANY, Respondent.

*Negligence — railroads — trespass — license — action to recover for death of intestate struck by train while on tracks — complaint properly dismissed.*

*Jerzewski* v. *Erie R. R. Co.*, 215 App. Div. 748, affirmed.

(Argued April 2, 1926; decided May 4, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 23, 1925, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Intestate, while standing or walking on defendant's tracks was struck by one of defendant's trains and killed. Plaintiff

contended that intestate was a licensee upon the tracks of defendant, he being one of many customers at an adjoining coal trestle whose custom it was, to the knowledge of defendant, to go upon its tracks and examine the cars to ascertain the size and character of coal contained therein, and that he was so engaged when struck by some empty cars which had been bumped backward without warning and without a trainman or brakeman on the forward moving end.

*Carlton J. Townsend* and *William J. Brock* for appellants. *John W. Ryan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and LEHMAN, JJ.   Absent: ANDREWS, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* GEORGE W. BITTLE, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued April 5, 1926; decided May 4, 1926.)

APPEAL from a judgment of the Erie County Court, rendered May 23, 1925, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Thomas L. Newton, George B. Burd* and *Edward J. Cohn* for appellant.

*Guy B. Moore, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* DILLARD MOORE, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued April 5, 1926; decided May 4, 1926.)

APPEAL from a judgment of the Supreme Court, rendered October 8, 1925, at a Trial Term for the county of Westchester upon a verdict convicting the defendant of the crime of murder in the first degree.

38